UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

FIRST AMENDED CHAPTER 13 PLAN COVER SHEET

Filing Date: 12/29/2009                           Docket #: 09-22483

Debtor: William J. Donovan, III                   Co-Debtor:

SS#: 9901                                         SS#:

Address: 4 Joseph Pace Road                       Address:
Medfield, MA 02052

Debtor's Counsel: Wayne V. Gilbert

Address: Gilbert Law Offices, P.C.
549 Columbian Street, Suite 318
Weymouth, MA 02190

Telephone #: 781-340-9505

Facsimile #: 781-340-9504

Email Address: wgilbert@attorneygilbert.com

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE SECTION 341 MEETING TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

OFFICIAL LOCAL FORM 3

PRE-CONFIRMATION FIRST AMENDED CHAPTER 13 PLAN

Docket #: **09-22483**

DEBTORS: (H)    **William J. Donovan, III**    SS#    **9901**

I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of **$344.62** for the term of:

- ☐ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
- ☑ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
- ☐ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

_____ ; or

- ☐ _____ Months. The Debtor states as reasons therefore:

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of claim |
|---|---|---|
| **NONE** |  | $ |

Total of secured claims to be paid through the Plan: $ _____

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| **GMAC Mortgage** | 4 Joseph Pace Road, Medfield, MA 02052 |
| **HSBC Bank (Best Buy)** | PMSI |
| **HSBC/Yamaha** | 2008 Yamaha dirtbike |
| **North Easton Savings Bank** | 4 Joseph Pace Road, Medfield, MA 02052 |
| **Rockland Federal Credit Union** | 2002 Cadillac DeVille 77,339 miles |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **NONE** |  | $ |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of ;
**NONE**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of .
**NONE**

iii. The arrears under the lease to be paid under the plan are **None.** .

III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| NONE |  | $ |

B. Other:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| NONE |  | $ |

Total of Priority Claims to Be Paid Through the Plan:        $ _____

IV ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan):        $ 0.00
B. Miscellaneous fees:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| NONE |  | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of   **25.169**   % of their claims.

A. General unsecured claims        $ 70,188.02

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| NONE |  | $ |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| **Wells Fargo Collegiate Loan** | **student loan** | $ 3,750.00 |

Total of A + B + C unsecured claims: =        $ 73,938.02

D. Multiply total by percentage:        $ 18,609.48

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| NONE | | $ |

Total amount of separately classified claims payable at _____ %   $ _____

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:
**None.**

B. Miscellaneous Provisions:

**None.**

Priority: _____

Unsecured: _____

Term: _____

Plan Payment: _____

## VII. CALCULATION OF PLAN PAYMENT

a) Secured claims (Section II-A Total):  $ __0.00__

b) Priority claims (Section III-A & B Total):  +$ __0.00__

c) Administrative claims (Section IV-A&B Total):  +$ __0.00__

d) Regular unsecured claims (Section V-D Total):  +$ __18,609.48__

e) Separately classified unsecured claims:  +$ __0.00__

f) Total of a + b + c + d + e above:  =$ __18,609.48__

g) Divide (f) by .90 for total including Trustee's fee:
     Cost of Plan  =$ __20,677.20__

(This represents the total amount to be paid into the Chapter 13 Plan.)

h) Divide (g) Cost of Plan by Term of plan:  ÷ __60__ months

I) Round up to nearest dollar: Monthly Plan Payment  =$ __344.62__
(Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 4 Joseph Pace Road<br>Medfield, MA 02052 | $ 390,000.00 | $ 233,212.48 |

Total Net Equity for Real Property:    $ 156,787.52

Less Total Exemptions (Schedule C):    $ 156,787.52

Available Chapter 7:    $ 0.00

B. Automobile (Describe year, make, model):

| Vehicle | Value | Lien | Exemption |
|---|---|---|---|
| 2002 Cadillac DeVille 77,339 miles | $ 5,415.00 | $ 5,931.58 | $ |
| 1996 GMC Suburban 1500 Sport Utility 161,616 mil | $ 2,890.00 | $ 0.00 | $ |
| 1995 Ford Taurus 152,692 miles | $ 900.00 | $ 0.00 | $ 700.00 |
| 1995 Mercury Mystique GS 77,730 miles | $ 895.00 | $ 0.00 | $ |
| 1999 Harley-Davidson FXDWG 23,462 miles | $ 7,140.00 | $ 0.00 | $ |
| 2008 Yamaha dirtbike | $ 1,735.00 | $ 1,428.74 | $ |

Total Net Equity:    $ 12,131.26

Less Total Exemptions (Schedule C):    $ 700.00

Available Chapter 7:    $ 11,431.26

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

Value: $ 68,928.96             Less Exemptions (Schedule C):   $ 64,132.58

Total Net Equity:                              $ 68,928.96
Less Total Exemptions (Schedule C):            $ 64,132.58
Available Chapter 7:         $ 4,796.38

D. SUMMARY (Total amount available under chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ 16,227.64

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/ Wayne V. Gilbert                           March 7, 2011
**Wayne V. Gilbert**                           Date
Debtor's Attorney

Attorney's Address:   **Gilbert Law Offices, P.C.**
                      **549 Columbian Street, Suite 318**
                      **Weymouth, MA 02190**

Tele. #**781-340-9505**                        Email Address: **wgilbert@attorneygilbert.com**

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/ William J. Donovan, III                    March 7, 2011
**William J. Donovan, III**                    Date

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: William J. Donovan, III                    Case No.: 09-22483
                                                  Chapter 13
       Debtor.

### CERTIFICATE OF MAILING

I, Wayne V. Gilbert, Attorney for Debtor, William J. Donovan, III, hereby certify that true copies of the foregoing Debtor's First Amended Chapter 13 Plan was served via the United States Bankruptcy Court's CM/ECF filing system or by mail to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this 7th day of March, 2011.

By:  /s/ Wayne V. Gilbert
Wayne V. Gilbert
Gilbert Law Offices, P.C.
549 Columbian Street, Suite 318
Weymouth, MA  02190
(781) 340-9505
BBO# 640986


Office of the United States Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Square
Boston, MA 02109

Carolyn Bankowski, Esquire
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114


**I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non-CM/ECF participants:**

| | | |
|---|---|---|
| Bank of America<br>c/o FIA Card Services<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713 | Best Buy/HSBC<br>c/o Bass & Associates, P<br>3936 E. Ft. Lowell<br>Suite 200<br>Tucson, AZ 85712 | Chase Bank/JPMorgan<br>c/o Resurgent Capital Sv<br>P.O. Box 10587<br>Greenville, SC 29603 |
| Citi Cards/Citibank<br>c/o PRA Receivables<br>P.O. Box 12914<br>Norfolk, VA 23541 | Comcast<br>Box 6505<br>Chelmsford, MA 01824 | GEMB/Care Credit<br>P.O. Box 960061<br>Orlando, FL 32896 |
| GEMB/Lowes<br>c/o PRA Receivables Mgmt<br>P.O. Box 12914<br>Norfolk, VA 23541 | GMAC Mortgage<br>3451 Hammond Ave.<br>Waterloo, IA 50702 | GMAC Mortgage, LLC<br>c/o Orlans Moran PLLC<br>P.O. Box 962169<br>Boston, MA 02196 |
| Heather Donovan<br>4 Joseph Pace Rd.<br>Medfield, MA 02052 | Home Depot/Citibank<br>c/o Capital Mgmt. Servic<br>726 Exchange St., Ste. 7<br>Buffalo, NY 14210 | Home Depot/Citibank<br>c/o PRA Receivables<br>P.O. Box 12914<br>Norfolk, VA 23541 |
| HSBC Bank (Best Buy)<br>c/o Bass & Assoc., P.C.<br>3936 E. Ft. Lowell<br>Suite 200<br>Tucson, AZ 85712 | HSBC/Yamaha<br>c/o Bass & Associates, P<br>3936 E. Ft. Lowell<br>Suite 200<br>Tucson, AZ 85712 | Linda R. Donovan<br>4 Joseph Pace Road<br>Medfield, MA 02052 |
| Navy Federal Credit Unio<br>P.O. Box 3000<br>Merrifield, VA 22119 | Newton-Wellesley Hospita<br>Patient Financial Svcs.<br>P.O. Box 3722<br>Boston, MA 02241 | North Easton Savings Ban<br>295 Main Street<br>North Easton, MA 02356 |
| NSTAR<br>P.O. Box 4508<br>Woburn, MA 01888 | Rockland Federal Credit<br>241 Union St.<br>Rockland, MA 02370 | Rockland Federal Credit<br>241 Union Street<br>Rockland, MA 02370 |
| Sears/Citibank<br>c/o Northland Group, Inc<br>P.O. Box 390905<br>Minneapolis, MN 55439 | Sears/Citibank<br>c/o PRA Receivables<br>P.O. Box 12914<br>Norfolk, VA 23541 | Wells Fargo Collegiate L<br>Wells Fargo Educ. Fin. S<br>301 E. 58th Street N<br>Sioux Falls, SD 57104 |